Law Office of James Kousouros
80-02 Kew Gardens Road
Suite 1030
Kew Gardens, New York 11415
(718) 575-5450

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____X
UNITED STATES OF AMERICA,

                Plaintiff,        **Notice of Appearance**

- against -

                                Criminal No. 07-MAG-1067

ABDUL ALQUASSIM, et al.

                Defendant.
_____X

      **PLEASE TAKE NOTICE** that the undersigned hereby appears for **ABDUL ALQUASSIM**, the defendant herein, for all purposes and proceedings and that all correspondence, litigation and other matters should be sent to the address set forth above.

Dated:      Kew Gardens, New York
             July 18, 2007

                              **Law Offices of James Kousouros**

                    By:    /s/
                          JAMES KOUSOUROS, ESQ.